UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAUSSE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent | Case No. CV 18-638 PA(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order (1) Construing Petition for Relief Appealling [sic] Wrongful Conviction as Petition for Writ of Habeas Corpus ("Petition for Writ of Habeas Corpus); (2) Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice; and (3) Directing Clerk to Refer Matter to Court of Appeals, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: February 7, 2018

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE