UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAUSSE, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent | Case No. CV 18-638 PA(JC) <br><br> AMENDED JUDGMENT |

Pursuant to this Court's Order (1) Construing Petition for Relief Appealling [sic] Wrongful Conviction as Petition for Writ of Habeas Corpus ("Petition for Writ of Habeas Corpus); (2) Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice; and (3) Directing Clerk to Refer Matter to Court of Appeals, *as corrected this date*, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: March 29, 2018

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE